MANUEL GOLDBERG, as Administrator of the Estate of NATHAN M. GOLDBERG, Deceased, Respondent, *v.* MARY MARKOWITZ et al., Appellants.

APPEAL — PREFERENCE. An appeal from a judgment for a sum of money, not involving questions of public importance or extraordinary circumstances, although entitled to preference, will not be added to an existing calendar.

(Submitted November 14, 1904; decided November 22, 1904.)

MOTION to put on calendar and prefer under subdivision 4 of section 791 and section 793 of the Code of Civil Procedure.

*George C. Coffin* for motion.

*Abraham H. Sarasohn* opposed.

HAIGHT, J. This case is entitled to preference under section 791, subdivision four, of the Code of Civil Procedure, but it is not upon the present calendar. The judgment is for a sum of money, involving no question of public importance. It is not our practice to add cases to the existing calendar even though they are entitled to preference unless some question of public importance is involved, or the circumstances are extraordinary.

The motion to prefer and put case upon the calendar should be denied, with ten dollars costs.

CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ., concur.

Motion denied.